```
                                                              F I L E D
                                                         UNITED STATES DISTRICT COURT
                                                              DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO                       MAY 3 - 2011
```

Civil Action No. 11-cv-01018-WYD-CBS          GREGORY C. LANGHAM
                                                                   CLERK

ERIC BANKSTON,

    Plaintiff,

v.

ANTLERS HILTON HOTEL,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It is hereby

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: April 28, 2011.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01018-WYD-CBS

Eric Bankston
1716 Keswick Road
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Antlers Hilton Hotel

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Antlers Hilton Hotel: TITLE VII COMPLAINT FILED 04/18/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on May 03, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk